**PEABODY COAL COMPANY; Eastern Associated Coal Corporation, Plaintiffs–Appellees,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellant.**

No. 00–6239.

United States Court of Appeals, Sixth Circuit.

March 5, 2003.

ON REMAND FROM THE UNITED STATES SUPREME COURT

This appeal is before us on remand from the United States Supreme Court. *Barnhart v. Peabody Coal Co.,* —— U.S. ——, 123 S.Ct. 748, 154 L.Ed.2d 653 (2003). In *Barnhart,* the Court reversed our earlier decision affirming the grant of summary judgment to plaintiffs by the district court.

Accordingly, this cause of action is remanded to the district court for further proceedings consistent with *Barnhart.*